UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIV.
16 OCT -5 PM 5:05
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:16-cr- |
| ) | |
| RENELL MILAN, ) | 1:16-cr-0218 WTL-TAB |
| ) | |
| Defendant. ) | |

### INDICTMENT

[18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about July 27, 2016, in Marion County, in the Southern District of Indiana, RENELL MILAN, defendant herein, did knowingly possess in commerce and affecting commerce a firearm and ammunition, to wit: a Kel Tec, 9mm pistol, bearing serial number SW338, and eight rounds of 9mm ammunition, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: a felony Robbery and a felony Carjacking in Marion County, Indiana under cause number 49G04-0705-FA-081491 on or about October 12, 2007.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to:

 A. One Kel Tec, 9mm pistol, bearing serial number SW338;

 B. Eight (8) rounds of 9mm ammunition.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

 A. cannot be located upon the exercise of due diligence;

 B. has been transferred or sold to, or deposited with, a third party;

 C. has been placed beyond the jurisdiction of the court;

D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

███████████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: *[signature]*
Pamela S. Domash
Assistant United States Attorney